1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   JAMES DIWIK  Bar No.  164016
2  MARY CREER RICHARDSON  Bar No. 208586
   One Embarcadero Center, 16th Floor
3  San Francisco, California 94111-3628
   Telephone: (415) 781-7900
4  Facsimile: (415) 781-2635

5  Attorneys for Plaintiff
   International Fidelity Insurance Company
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 | INTERNATIONAL FIDELITY         | CASE NO. C-04-4610-CRB
   | INSURANCE COMPANY,             |
12 |                                | **APPLICATION TO CONTINUE CASE**
   |         Plaintiff,             | **MANAGEMENT CONFERENCE AND**
13 |                                | **ORDER**
   |     v.                         |
14 |                                |
   | UNITED STATES OF AMERICA       |
15 | DEPARTMENT OF THE TREASURY, by |
   | and through its agency, THE INTERNAL |
16 | REVENUE SERVICE,               |
   |                                |
17 |         Defendant.             |

18

19     Plaintiff International Fidelity Insurance Company ("International") respectfully requests

20  that the Court continue the case management conference scheduled for June 3, 2005 to July 8,

21  2005.  This is an action seeking an order subordinating or invalidating the Notices of Levy served

22  on the City of Livermore and East Bay Municipal Utility District.  On May 2, 2005, the United

23  States, Department of the Treasury filed a *Notice of Disclaimer*, disclaiming any interest in the

24  funds previously subject to the notices of levy.  Execution of additional documents is necessary

25  to finalize this matter.  International requests a 30-day continuance to allow the parties to finalize

26  any other documents necessary to conclude this matter.

27     ///

28

1  Counsel for the United States, Jay Weill, has no objection to this continuance.

2  DATED: June 2, 2005              SEDGWICK, DETERT, MORAN & ARNOLD LLP

3

4

5  By:   /s/ Mary C. Richardson                              .
        James Diwik
        Mary Creer Richardson
6       Attorneys for Plaintiff
        International Fidelity Insurance Company

7

8  Upon application by plaintiff International Fidelity Insurance Company, the Case

9  Management Conference is continued to July 8, 2005.

10  Dated:  June 02, 2005

11

12                                          United States District

APPROVED
Charles R. Breyer

SF/1234289v2

-2-
Application to Continue Case Management Conference